**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed October 1, 2020,**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00908-CV

---

## TLIG RESTURANTS, LLC, D/B/A JACK IN THE BOX, Appellant

## V.

## DEBRA  PENN, Appellee

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2016-76128**

---

### MEMORANDUM  OPINION

This is an appeal from a judgment signed August 13, 2019. On September 25, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.